Todd E. Zenger (5238)
KIRTON McCONKIE
36 S. State Street, Suite 1900
Salt Lake City, Utah 84111
Phone: (801) 328-3600
Fax: (801) 212-2104
Email: tzenger@kmclaw.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-30, <br><br> Defendants. | Civil Action No. 2:16-cv-00860-DBP <br><br> Magistrate Judge Dustin B. Pead <br><br> **ORDER TO CONSOLIDATE CASES** |

Based upon the court's review of Plaintiff's Motion to Reassign Case (ECF No. 7), and for good cause shown, the court GRANTS the motion. Accordingly,

**IT IS HEREBY ORDERED:**

Case number 2:16-CV-01007-RJS, currently pending before District Judge Robert J. Shelby, will be consolidated with the above-captioned case pending consent before Magistrate Judge Dustin B. Pead.

Dated this 17th day of October, 2016.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge